**IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION**

| | | |
|---|---|---|
| **ELIZABETH JACOBS,** | * | |
| | * | |
| **Plaintiff,** | * | |
| | * | |
| vs. | * | CASE NO: 2:07-cv-675-WKW |
| | * | |
| **BOBBY N. BRIGHT,** | * | |
| **RICHARD ALLEN and** | * | |
| **THE CITY OF MONTGOMERY and** | * | |
| | * | |
| **Defendants.** | * | |

**CONFLICT DISCLOSURE STATEMENT**

  COMES NOW, Richard Allen, a Defendant in the above-captioned matter, and in accordance with the order of this Court, making the following disclosure concerning parent companies, subsidiaries, partners, limited liability entity members and managers, trustees (but not trust beneficiaries), affiliates, or similar entities reportable under the provisions of the Middle District of Alabama's General Order No. 3047:

■  This party is an individual, or

☐  This party is a governmental entity, or

☐  There are no entities to be reported, or

The following entities and their relationship to the party are hereby reported:

| Reportable Entity | Relationship to Party |
|---|---|
| None | None |
| _____ | _____ |
| _____ | _____ |
| _____ | _____ |
| _____ | _____ |

8/21/07        /s/Kimberly O. Fehl
Date          Counsel for Richard Allen
            103 N. Perry St.
            Montgomery, Al 36101
            334-241-2050

**CERTIFICATE OF SERVICE**

   I, Kimberly O. Fehl, do hereby certify that a true and correct copy of the foregoing has been furnished by electronic mail on this 21st day of August 2007**,** to:

Bruce Boynton.
Bruce Carver Boynton, LLC
Post Office Box 389
Selma, AL 36702


<u>8/21/07</u>             <u>/s/ Kimberly O. Fehl</u>