# IN THE UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF ALABAMA
MIDDLE _____ DIVISION

ELIZABETH JACOBS                                )
                                                )
    Plaintiff,                         )
                                                )    2007 DEC 13  A 9: 53
v.                                              )    CASE NO.  2:07-cv-675-WK-W
                                                )
BOBBY N. BRIGHT, et al.                         )
                                                )
    Defendants,                        )

## CONFLICT DISCLOSURE STATEMENT

    COMES NOW Elizabeth Jacobs , a [Plaintiff/Defendant] in the above-captioned matter, and in accordance with the order of this Court, making the following disclosure concerning parent companies, subsidiaries, partners, limited liability entity members and managers, trustees (but not trust beneficiaries), affiliates, or similar entities reportable under the provisions of the Middle District of Alabama's General Order No. 3047:

[x] This party is an individual, or

[ ] This party is a governmental entity, or

[ ] There are no entities to be reported, or

[ ] The following entities and their relationship to the party are hereby reported:

| Reportable Entity | Relationship to Party |
|---|---|
| None | None |
|  |  |
|  |  |
|  |  |

12-12-07
_____
Date

(Signature)
Counsel

ELIZABETH JACOBS
Counsel for (print names of all parties)

P. O. Box 389, Selma, AL 36702
Address, City, State Zip Code
(344) 874-6758
_____

Telephone Number

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
MIDDLE                DIVISION

## CERTIFICATE OF SERVICE

2007 DEC 13  A 9 53

I, Bruce Boynton _____ do hereby Certify that a true and correct copy
of the foregoing has been furnished by United States Mail _____ (manner of service,
i.e., U.S. Mail, electronic mail, etc.) on this 12th  day of December  2007, to:

        Kinberly O. Fehl

        Post Office Box 1111

        Montgomery, AL  36101-1111

12-12-07
_____          _____
Date                                    Signature