## IN THE UNITED STATES DISTRICT COURT FOR THE MIDDLE DISTRICT OF ALABAMA MIDDLE DIVISION

| | | |
|---|---|---|
| ELIZABETH JACOBS, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | 2:07-cv-00675-WKW |
| | ) | |
| BOBBY BRIGHT,  RICHARD | ) | |
| ALLEN and THE CITY OF | ) | |
| MONTGOMERY, ALABAMA, | ) | |
| | ) | |
| Defendants. | ) | |

## PLAINTIFF'S MOTION FOR ENLARGEMENT OF TIME IN  WHICH TO RESPOND TO MOTION FOR SUMMARY JUDGMENT BY DEFENDANTS

Comes now plaintiff Elizabeth Jacobs, pursuant to Rule 6(b) of the Federal Rules of Civil Procedure and moves this honorable Court for an extension of time in which to respond to the motion for summary judgment filed by the defendants on March 4, 2008 and due on March 25, 2008. The undersigned attorney has suffered from several problem with his computer resulting in a complete loss of his files during the time that the defendants' filed their motion. The computer technician diagnosed the problem to be a need to replace the hard drive. This was done but he was unable to restore the loss files.

Upon an attempt to search his e-mail the undersigned discovered that he could view the notice that the motion for summary judgment was filed but he could not view the motion as an attachment because his pacerfile had been erased and also his printer did not respond to the computer because that file had been erased and he did not have a CD-ROM to restore the operation. He also is

experiencing problems in adjusting margins and maintaining type size on his

wordpad. However, it is expected that these problems will be soon corrected.

The attorney has now receiver copies of the motion with supporting

memorandum and affidavits by going to the clerk's office and requesting that the

copies be provided owing to the computer difficulties. This was done on March

20, 2008 when he also discovered that the total pages of the documents exceed

one hundred pages. The attorney is in the process of examining all arguments of

opposing parties but under the circumstances he seeks an enlargement of time

in which to respond to the motion for summary judgment.


Respectfully submitted,

ATTORNEY FOR PLAINTIFF
BRUCE BOYNTON
BRUCE CARVER BOYNTON, LLC
Post Office Box 389
Selma, AL  36702
(334) 874-6758
bboynton302@charter.net


## CERTIFICATE OF SERVICE

This is to certify that I have served an exact copy of the foregoing pleading upon

Kimberly O. Fehl, Esq., attorney for defendants, by electronic transmission on this the

25th day of March, 2008.

BRUCE BOYNTON