IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| ELIZABETH JACOBS, ) | |
| ) | |
|    Plaintiff, ) | |
| ) | |
| v. ) | Case No. 2:07-cv-0675-WKW |
| ) | |
| BOBBY N. BRIGHT, *et al.*, ) | |
| ) | |
|    Defendants. ) | |

## **ORDER**

Upon consideration of the Plaintiff's Motion for Enlargement of Time (Doc. # 19) to respond to the defendants' summary judgment motion, it is ORDERED that the motion (Doc. # 19) is GRANTED. The plaintiff's response brief and any evidentiary submission shall be due **on or before April 1, 2008**, and the defendants' reply brief, if any, shall be due **on or before April 15, 2008**.

DONE this 27th day of March, 2008.

                                                 /s/ W. Keith Watkins
                                            UNITED STATES DISTRICT JUDGE