**IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA,
NORTHERN DIVISION**

| | |
|---|---|
| ELIZABETH JACOBS, </br></br>      Plaintiff,</br>vs.</br></br>BOBBY N. BRIGHT, RICHARD ALLEN and THE CITY OF MONTGOMERY,</br>      Defendants. | Case No.: 2:07-cv-675-WKW |

**EXHIBIT LIST OF DEFENDANTS**

     **COME NOW** Defendants, City of Montgomery, Bobby N. Bright, and Richard Allen, by and through counsel, and submit the following list of exhibits that may be used for trial in the above styled action.

    1.    Montgomery City-County Personnel Board Rules and Regulations.

    2.    Personnel File of Elizabeth Jacobs.

    3.    Act No. 2280 passed by the Alabama Legislature.

    4.    Any exhibit listed on Plaintiff's Exhibit List.

Defendants reserve the right to offer exhibits necessary for impeachment or rebuttal.

Submitted this the 1st day of April, 2008.

                                                              /s/ Kimberly O. Fehl
                                                           Kimberly O. Fehl (FEH001)
                                                           Attorney for Defendant

OF COUNSEL
City of Montgomery
Legal Department
Post Office Box 1111
Montgomery, Alabama 36101
(334) 241-2050 Telephone

## **CERTIFICATE OF SERVICE**

I hereby certify that foregoing has been served upon the following by electronic filing and notification through CM/ECF with United States District Court Middle District of Alabama on this 1st day of April, 2008:

> Bruce Boynton.
> Bruce Carver Boynton, LLC
> Post Office Box 389
> Selma, AL 36702

/s/Kimberly O. Fehl
Of Counsel