IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| **ELIZABETH JACOBS,** | * |
| | * |
| Plaintiff, | * |
| | * |
| vs. | *   CASE NO: 2:07-cv-675-WKW |
| | * |
| **BOBBY N. BRIGHT,** | * |
| **RICHARD ALLEN and** | * |
| **THE CITY OF MONTGOMERY and** | * |
| | * |
| Defendants. | * |

## DEFENDANT'S WITNESS LIST

**COME NOW** Defendants, City of Montgomery, Bobby N. Bright, and Richard Allen, by and through counsel, and submit the following list of potential witnesses for trial in the above styled action.

I.   PROBABLE WITNESSES:

1.   Mark Johnson
     City of Montgomery
     P.O. Box 230819
     Montgomery, Alabama 36123-0819
     334-241-2510

2.   Richard Allen
     City of Montgomery
     P.O. Box 230819
     Montgomery, AL 36123-0819
     334.241-2510

3.   Shirley Woods
     City of Montgomery
     P.O. Box 230819
     Montgomery, AL 36123-0819

   4   Barbara Montoya

1

       Montgomery City/County Personnel Board
       27 Madison Avenue
       First Floor
       Montgomery, AL  36104
       334.241.2675

5.     Mayor Bobby N. Bright
       City of Montgomery
       103 North Perry Street
       Montgomery, AL  36101
       334.241-2050

**II.    MAY CALL AS WITNESSES:**

6.     Any witness listed by Plaintiff or her counsel.

7.     Any witness necessary for rebuttal or impeachment testimony.

Submitted this the 1st day of April, 2008.

                                                      /s/ Kimberly O. Fehl
                                                      Kimberly O. Fehl (FEH001)
                                                      Attorney for Defendants

OF COUNSEL:
City of Montgomery
Legal Division
Post Office Box 1111
Montgomery, AL  36101-1111
334.241.2050

## CERTIFICATE OF SERVICE

      I hereby certify that foregoing has been served upon the following by electronic filing and notification through CM/ECF with United States District Court Middle District of Alabama on this 1st day of April, 2008:

Bruce Boynton.
Bruce Carver Boynton, LLC
Post Office Box 389
Selma, AL 36702

                                                /s/Kimberly O. Fehl
                                                Of Counsel