IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| ELIZABETH JACOBS, | ) | |
| | ) | |
| Plaintiff, | ) | |
| v. | ) | Case No. 2:07-cv-0675-WKW |
| | ) | |
| BOBBY N. BRIGHT, *et al.*, | ) | |
| | ) | |
| Defendants. | ) | |

## **ORDER**

The defendants filed their summary judgment motion on March 4, 2008. (Doc. # 17.) Pursuant to the court's briefing schedule (Doc. # 14), the plaintiff's response brief was due on March 25, 2008. On the very day her brief was due, the plaintiff filed a motion (Doc. # 19) for an enlargement of time to respond to the summary judgment motion. Two days later, the court granted the plaintiff's motion and by order (Doc. # 20) extended the plaintiff's deadline to April 1, 2008. It has now been two weeks since the passage of the extended deadline and three weeks since the original deadline, and the plaintiff has yet to file her response.

Therefore, in light of the delay caused by the plaintiff, it is ORDERED that the defendants' summary judgment motion is under submission without response from the plaintiff.

DONE this 15th day of April, 2008.

/s/ W. Keith Watkins
UNITED STATES DISTRICT JUDGE