IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| ELIZABETH JACOBS, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Case No. 2:07-cv-0675-WKW |
| | ) |
| BOBBY N. BRIGHT, *et al.*, | ) |
| | ) |
| Defendants. | ) |

## **ORDER**

It is ORDERED that the pretrial conference scheduled for June 9, 2008, and the trial scheduled for July 14, 2008, are CONTINUED generally.

DONE this 28th day of May, 2008.

/s/ W. Keith Watkins
UNITED STATES DISTRICT JUDGE